AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Columbia

United States of America
v.
BRIAN E. STENZ

Defendant

)
)
)  Case: 1:21-mj-00409
)  Assigned To : Meriweather, Robin M.
)  Assign. Date : 4/28/2021
)  Description: COMPLAINT W/ ARREST WARRANT
)

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

(name of person to be arrested) **BRIAN E. STENZ**,

who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☒ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 1752(a)(1) - Knowingly Entering or Remaining in any Restricted Building or Grounds Without Lawful Authority;
18 U.S.C. § 1752(a)(2) - Disorderly and Disruptive Conduct in a Restricted Building or Grounds;
40 U.S.C. § 5104(e)(2)(D) - Violent Entry or Disorderly Conduct;
40 U.S.C. § 5104(e)(2)(G) - Parading, Demonstrating, or Picketing in a Capitol Building.

Date: 04/28/2021

2021.04.28 17:37:46 -04'00'
Issuing officer's signature

City and state: Washington, D.C.

Robin M. Meriweather, U.S. Magistrate Judge
Printed name and title

### Return

This warrant was received on (date) 4/28/2021, and the person was arrested on (date) 4/30/2021
at (city and state) FORT WASHINGTON, PA.

Date: 04/30/2021

Joseph C. McGinn
Arresting officer's signature

JOSEPH C. McGINN, SPECIAL AGENT, FBI
Printed name and title